# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARTHA SELGERT,**

    **Plaintiff,**

**v.**                                          **Case No. 8:05-cv-2301-T-30MSS**

**GART SPORTS COMPANY,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #19). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Dismissal With Prejudice (Dkt. #19) is GRANTED.

2. This cause is dismissed with prejudice, each party to bear her or its own fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 7, 2006.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-2301.dismissal 19.wpd